UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.: 10-204 |
| | * | |
| v. | * | |
| | * | SECTION: "N" |
| KENNETH BOWEN, et al. | * | |
| | * | |
| | * | |

**************************************

### UNOPPOSED MOTION AND INCOPORATED MEMORANDUM
### FOR HOME INCARCERATION

**NOW INTO COURT** through undersigned counsel comes defendant, Arthur Kaufman, who respectfully requests that he be permitted to serve the remainder of his sentence on home incarceration.

On April 14, 2016, the Court sentenced Mr. Kaufman to 36 months incarceration pursuant to an 11(c)(1)(C) plea agreement.  Mr. Kaufman has already served 16 months of that sentence at the Petersburg Federal Correctional Complex in Petersburg, Virginia.  Mr. Kaufman respectfully requests that he be ordered to serve the remainder of his sentence on home incarceration.  The Government consents to this request.

Mr. Kaufman had a lumbar spinal fusion surgery on January 4, 2016, and he is currently in a six-month recovery and rehabilitation period.  Home incarceration would allow Mr.

Kaufman to complete his recovery with his treating physicians and would help to ensure a successful result for his surgery.

In addition, based on the amount of time that Mr. Kaufman has already served in prison and the Bureau of Prisons' credit for good time, Mr. Kaufman would have approximately 14 months remaining on his 36-month sentence. Of those 14 months, Mr. Kaufman would be eligible for at least 6 months in a halfway house or home incarceration.

Finally, Mr. Kaufman has been ordered to perform 150 hours of community service, as directed by the United States Probation Office. If he is allowed to serve the remainder of his sentence on home incarceration, he will be able to begin his service immediately.

**WHEREFORE**, defendant Arthur Kaufman respectfully requests that he be permitted to serve the remainder of his sentence on home incarceration.

The Government does not oppose this motion.

Respectfully submitted,

*William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
billy@semmlaw.com

Attorney for Arthur Kaufman

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2016, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/William P. Gibbens*
WILLIAM P. GIBBENS