UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO:  10-204** |
| v. | * | **SECTION: "N"** |
| **ARTHUR KAUFMAN** | * | |

\* \* \*

**GOVERNMENT'S MEMORANDUM
IN RESPONSE TO DEFENDANT'S MOTION TO SERVE
THE REMAINDER OF HIS TIME ON HOME INCARCERATION**

NOW INTO COURT comes the United States of America, appearing through the undersigned Assistant United States Attorney, who respectfully submits this memorandum in response to defendant Arthur Kaufman's Motion to Serve the Remainder of his Time on Home Confinement.

As the government advised the Court at sentencing, considerations of age and ill health led the government to agree not to oppose defendant Arthur Kaufman's then forthcoming motion to serve the remainder of his sentence on home confinement.  Upon review of Kaufman's recently filed motion, the government hereby confirms that it has no objection to defendant's request.

Pursuant to Bureau of Prison procedures Kaufman has approximately 14 months of incarceration remaining, which would routinely be served as eight months of full custodial incarceration and approximately six months in a halfway house.  Due to lumbar spinal fusion surgery on or about January 4, 2016, he is currently in a six month recovery and rehabilitation period.  Home incarceration, including significant community service, is sought to allow

Kaufman to complete his recovery with his treating physicians and to ensure a successful result for his surgery.

Wherefore, the government does not oppose defendant Arthur Kaufman's motion for home incarceration.

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

  /s/ Theodore R. Carter, III
THEODORE R. CARTER, III
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
IL Bar # 6188964
(504) 680-3165
theodore.carter@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

  /s/ Theodore R. Carter, III
THEODORE R. CARTER, III
Assistant United States Attorney
